# EXHIBIT 2

# 1584CV03139 Southcoast Hospitals Group Inc vs. Massachusetts Department of Public Health et al

| | | | |
|---|---|---|---|
| **Case Type** | Equitable Remedies | **Case Status** | Open |
| **Status Date:** | 10/16/2015 | **File Date** | 10/16/2015 |
| **Case Judge:** | | **DCM Track:** | |
| **Next Event:** | | | |

**All Information** | **Party** | **Event** | **Tickler** | **Docket** | **Disposition**

## Party Information

### Southcoast Hospitals Group Inc - Plaintiff

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | Bean, Esq., Thomas (548072) | |
| | Heidt, Esq., Jeffrey L (228960) | |
| | Wertheimer, Esq., Rachel (625039) | |

More Party Information

### Massachusetts Department of Public Health - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | Hammond, Esq., Daniel J (559475) | |

More Party Information

### Bharel, M.D., Monica - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | Hammond, Esq., Daniel J (559475) | |

More Party Information

### Steward St Annes Hospital Corporation - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | McEvoy, Esq., Elizabeth J. (683191) | |
| | Singal, Esq., Bruce A (464420) | |

More Party Information

### Steward Health Care System LLC - Defendant

| Alias | Attorney/Bar Code | Phone Number |
|---|---|---|
| | McEvoy, Esq., Elizabeth J. (683191) | |
| | Singal, Esq., Bruce A (464420) | |

More Party Information

## Events

| Date | Session | Location | Type | Event Judge | Result |
|---|---|---|---|---|---|
| 10/22/2015 02:00 PM | Civil D | BOS-3rd FL, CR 314 (SC) | Hearing on Preliminary Injunction | MacLeod, Hon. Bonnie H | Rescheduled |
| 11/05/2015 02:00 PM | Civil D | BOS-3rd FL, CR 314 (SC) | Hearing on Preliminary Injunction | MacLeod, Hon. Bonnie H | Rescheduled |
| 11/09/2015 02:00 PM | Civil D | BOS-3rd FL, CR 314 (SC) | Hearing on Preliminary Injunction | MacLeod, Hon. Bonnie H | Held - Under advisement |

## Ticklers

| Tickler | Start Date | Days Due | Due Date | Completed Date |
|---|---|---|---|---|
| Under Advisement | 11/09/2015 | 30 | 12/09/2015 | |

## Docket Information

| Docket Date | Docket Text | File Ref Nbr. | Image Avail. |
|---|---|---|---|
| 10/16/2015 | Original civil complaint filed. | 1 | |
| 10/16/2015 | Civil action cover sheet filed. | 2 | |
| 10/16/2015 | Appearance entered<br>On this date Thomas Bean, Esq. added for Plaintiff Southcoast Hospitals Group Inc | | |
| 10/16/2015 | Plaintiff's MOTION for alternative service by means of special process server Beacon Hill Reseach Inc for Massachusetts Department of Public Health.<br><br>Applies To: Southcoast Hospitals Group Inc (Plaintiff) | 3 | |
| 10/16/2015 | Plaintiff(s) Southcoast Hospitals Group Inc's   Motion for a Preliminary Injunction<br><br>Applies To: Southcoast Hospitals Group Inc (Plaintiff) | 4 | |
| 10/16/2015 | Endorsement on Motion for alternate service  (#3.0): ALLOWED<br><br>dated 10/16/15<br><br>Applies To: Southcoast Hospitals Group Inc (Plaintiff) | | |
| 10/21/2015 | Event Result:<br>The following event: Hearing on Preliminary Injunction scheduled for 10/22/2015 02:00 PM has been resulted as follows:<br>Result: Rescheduled<br>Reason: Request of Plaintiff | | |
| 10/21/2015 | Service Returned for<br>Defendant Steward Health Care System LLC: Service through person in charge / agent; in hand to Danette Pena authorized agent at CT Corp for Stewart Health Care System LLC at 155 Federal Street Suite 700 Boston MA 02110<br><br>Applies To: Steward Health Care System LLC (Defendant) | 5 | Image |
| 10/21/2015 | Service Returned for<br>Defendant Monica Bharel, M.D. Commissioner of The Massachusetts Department of Public Health: Service through person in charge / agent; in hand to Steve Chilian Esq. agent in charge of service at 250 Washington Street Boston MA<br><br>Applies To: Monica Bharel, M.D. Commissioner of The Massachusetts Department of Public Health (Defendant) | 6 | Image |
| 10/21/2015 | Service Returned for<br>Defendant Massachusetts Department of Public Health: Service through person in charge / agent; in hand to Steve Chilian Esq. authorized agent to accept service at 250 Washington Street Boston MA<br><br>Applies To: Massachusetts Department of Public Health (Defendant) | 7 | Image |
| 10/21/2015 | Service Returned for<br>Defendant Steward St Annes Hospital Corporation: Service through person in charge / agent; in hand to Danette Pena, at CT Corp agent authorized to accept service at 155 Federal Street Suite 700 Boston MA 02110<br><br>Applies To: Steward St Annes Hospital Corporation (Defendant) | 8 | Image |
| 10/28/2015 | General correspondence regarding continuing hearing on Southcoast Hospitals Group Inc's motion for PI and  setting conditions thereon filed on 10/24/15<br><br>filed & no action necessary other than setting of hearing (after 11/6/15) (entered 10/26/15) notices mailed 10/27/15 | 9 | |

| Date | Description | # | |
|---|---|---|---|
| 11/02/2015 | Opposition to paper #4.0 to Plaintiff's motion for preliminary injunction filed by Steward | 10 | |
| 11/04/2015 | Event Result:<br><br>The following event: Hearing on Preliminary Injunction scheduled for 11/05/2015 02:00 PM has been resulted as follows:<br>Result: Rescheduled<br>Reason: By Court prior to date | | |
| 11/09/2015 | Matter taken under advisement<br>The following event: Hearing on Preliminary Injunction scheduled for 11/09/2015 02:00 PM has been resulted as follows:<br>Result: Held - Under advisement | | |
| 11/16/2015 | Southcoast Hospitals Group Inc's  Memorandum<br>Southcoast's Post-hearing Memorandum with respect to its Motion for Preliminary Injunction<br><br>Applies To: Southcoast Hospitals Group Inc (Plaintiff) | 11 | |
| 11/16/2015 | Appearance entered<br>On this date Rachel Wertheimer, Esq. added for Plaintiff Southcoast Hospitals Group Inc | | |
| 11/16/2015 | Appearance entered<br>On this date Jeffrey L Heidt, Esq. added for Plaintiff Southcoast Hospitals Group Inc | | |
| 11/17/2015 | Steward Health Care System LLC's  Memorandum<br>Memorandum in reply to Southcoast's Post-Hearing Memorandum | 12 | |
| 12/10/2015 | Received from<br>Defendant Monica Bharel, M.D. Commissioner of The Massachusetts Department of Public Health: Answer to original complaint;<br><br>Applies To: Massachusetts Department of Public Health (Defendant); Monica Bharel, M.D. Commissioner of The Massachusetts Department of Public Health (Defendant) | 13 | |
| 12/10/2015 | Appearance entered<br>On this date Daniel J Hammond, Esq. added for Defendant Monica Bharel, M.D. Commissioner of The Massachusetts Department of Public Health | | |
| 12/10/2015 | Appearance entered<br>On this date Daniel J Hammond, Esq. added for Defendant Massachusetts Department of Public Health | | |
| 12/18/2015 | MEMORANDUM & ORDER:<br><br>on Motion for Preliminary  Injunction:   Plaintiff's Motin for Preliminary Injunction is DENIED<br><br>(see P#14 for complete order) (dated 12/17/15) notice in hand 12/18/15 | 14 | Image |
| 12/30/2015 | Defendant's Notice of intent to file motion Motion to Dismiss<br><br>Applies To: Steward St Annes Hospital Corporation (Defendant); Steward Health Care System LLC (Defendant); Event Judge: MacLeod, Hon. Bonnie H | 15 | |
| 01/11/2016 | Defendant's Notice of intent to file motion Steward  defts  Notice of Motion to stay discovery<br><br>Applies To: Steward St Annes Hospital Corporation (Defendant); Steward Health Care System LLC (Defendant) | 16 | |
| 01/22/2016 | Defendant Steward St Annes Hospital Corporation, Steward Health Care System LLC's  Motion to Stay Discovery (w/opposition) | 17 | |
| 01/22/2016 | Appearance entered<br>On this date Bruce A Singal, Esq. added for Defendant Steward St Annes Hospital Corporation | | |
| 01/22/2016 | Appearance entered<br>On this date Elizabeth J. McEvoy, Esq. added for Defendant Steward St Annes Hospital Corporation | | |
| 01/22/2016 | Appearance entered<br>On this date Bruce A Singal, Esq. added for Defendant Steward Health Care System LLC | | |
| 01/22/2016 | Appearance entered<br>On this date Elizabeth J. McEvoy, Esq. added for Defendant Steward Health Care System LLC | | |
| 01/22/2016 | Request for hearing filed<br><br>Applies To: Steward St Annes Hospital Corporation (Defendant); Steward Health Care System LLC (Defendant) | 18 | |

## Case Disposition

| Disposition | Date | Case Judge |
|---|---|---|
| Pending | | |