# EXHIBIT 4



**Saint Anne's Hospital**
795 Middle Street, Fall River, MA 02721   508-674-5600

## Saint Anne's Hospital to begin offering cardiac catheterization

*Friday, January 15, 2016*

**Fall River, Mass.** – Saint Anne's Hospital announced today that it has received approval by the Massachusetts Department of Public Health (DPH) to begin offering diagnostic cardiac catheterization procedures for certain heart conditions.

The announcement follows a successful on-site review by the DPH on January 6. The hospital expects to begin performing catheterizations for appropriate patients later this month.

Saint Anne's Hospital President Craig A. Jesiolowski, FACHE, said that the added service will provide continuity of care to the hospital's patients who require catheterization to diagnose certain heart problems and offer a choice for this service to area residents.

"We are pleased to provide diagnostic cardiac catheterization services to our patients," said Jesiolowski. "Being able to provide this service with our physician partners at PrimaCARE and Hawthorn Medical Associates will streamline their care."

Jesiolowski noted that the hospital has been consistently recognized by national organizations for quality and safety, including treatment of patients with heart problems.

"Saint Anne's recently received its second consecutive five-star rating from Healthgrades for treatment of patients with heart attack and heart failure," he said. "This means that our clinical outcomes are statistically significantly better than expected when treating these conditions."

Jesiolowski added that Saint Anne's also is one of 133 hospitals nationwide, one of 17 in Massachusetts, and the only hospital in the Fall River-New Bedford area to receive the "Straight A's" Hospital Safety Score designation by The Leapfrog Group. "Just five percent of all graded hospitals nationwide have earned this distinction," he said.

Diagnostic cardiac catheterization is a test that uses a tube called a catheter and an X-ray machine to assess the heart and its blood supply. Its purpose is to find the cause of symptoms that could mean heart problems, such as narrowed or clogged arteries of the heart, how well the heart valves and chambers function, heart defects, or an enlarged heart; and to determine appropriate treatment.

**About Saint Anne's Hospital:**

Saint Anne's Hospital is a community hospital with comprehensive inpatient, outpatient, and emergency care services, serving adults and children from southeastern Massachusetts and nearby Rhode Island at its main campus in Fall River and its community outpatient satellites in Attleboro, Swansea, North Dartmouth, New Bedford, and Stoughton. Founded in 1906 by the Dominican Sisters of the Presentation, Saint Anne's Hospital is a member of Steward Health Care System LLC, the largest fully integrated community care organization and community hospital network in New England. Saint Anne's has been recognized time and again for quality, safety and service by such organizations as The Joint Commission, Healthgrades, The Leapfrog Group, and Blue Cross Blue Shield.

###