EXHIBIT B

## Meisinger, Jeremy

**To:**                               Marx, Daniel
**Subject:**                          RE: Steward v. Southcoast


**From:** Bean, Thomas [mailto:tbean@verrilldana.com]
**Sent:** Tuesday, February 09, 2016 2:29 PM
**To:** Marx, Daniel
**Subject:** Steward v. Southcoast

Dan, would you be available later today or tomorrow for a Rule 26(f) conference?

Thanks.

Tom

**Thomas O. Bean**
One Boston Place
Suite 1600
Boston, MA 02108
Office: (617) 309-2606
Bio: verrilldana.com/tbean



This email and any attachment was sent from the law firm Verrill Dana, LLP. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible. Thank you.