EXHIBIT G

# Meisinger, Jeremy

| | |
|---|---|
| **From:** | Marx, Daniel |
| **Sent:** | Wednesday, February 17, 2016 7:29 PM |
| **To:** | tbean@verrilldana.com |
| **Cc:** | Van Lonkhuyzen, John; Meisinger, Jeremy |
| **Subject:** | RE: Steward v. Southcoast Matter |
| **Attachments:** | FHBOSTON-#4514260-v1-Steward -- Plead -- Proposed Discovery Plan DNM Comments 2.17.16.DOCX |

Tom,

Without prejudice to Steward's rights to oppose any discovery while Southcoast's motion to dismiss is pending, or Steward's rights to make further changes to any proposed discovery plan that the parties might jointly submit, please find attached a marked up copy of the document that you sent for review.  While we are still talking with Steward and considering our position on discovery in general, we thought that it might make the call tomorrow more productive if we identified in advance certain specific issues for discussion.

Regards,
Dan

**Daniel N. Marx**   |   Partner

**FOLEY HOAG LLP**
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

617 832 1202 phone
617 832 7000 fax

www.foleyhoag.com

Please consider the environment before printing this email.

---

**From:** Bean, Thomas [mailto:tbean@verrilldana.com]
**Sent:** Wednesday, February 17, 2016 11:40 AM
**To:** Marx, Daniel
**Cc:** Van Lonkhuyzen, John; Meisinger, Jeremy
**Subject:** RE: Steward v. Southcoast Matter

Ok.  Please call me at 10:30.

### Thomas O. Bean

One Boston Place
Suite 1600
Boston, MA 02108
Office: (617) 309-2606
Bio: verrilldana.com/tbean



1

**From:** Marx, Daniel [mailto:DMarx@foleyhoag.com]
**Sent:** Wednesday, February 17, 2016 10:33 AM
**To:** Bean, Thomas
**Cc:** Van Lonkhuyzen, John; Meisinger, Jeremy
**Subject:** RE: Steward v. Southcoast Matter

Tom, How about 10:30 tomorrow morning?  Thanks, Dan

---

**From:** Bean, Thomas [mailto:tbean@verrilldana.com]
**Sent:** Wednesday, February 17, 2016 8:55 AM
**To:** Marx, Daniel
**Cc:** Van Lonkhuyzen, John; Meisinger, Jeremy
**Subject:** RE: Steward v. Southcoast Matter

How does 9:30 Thursday morning sound?  If that works, do you want to call me?

**Thomas O. Bean**
One Boston Place
Suite 1600
Boston, MA 02108
Office: (617) 309-2606
Bio: verrilldana.com/tbean

---

**From:** Marx, Daniel [mailto:DMarx@foleyhoag.com]
**Sent:** Tuesday, February 16, 2016 10:15 PM
**To:** Bean, Thomas
**Cc:** Van Lonkhuyzen, John; Meisinger, Jeremy
**Subject:** Re: Steward v. Southcoast Matter

Tom and Jon, I am just back in town this evening. Jeremy and I plan to talk with Steward tomorrow. Could we then talk on Thursday morning? Dan

On Feb 16, 2016, at 10:54 AM, Bean, Thomas <tbean@verrilldana.com<mailto:tbean@verrilldana.com>> wrote:

Dan and Jeremy, might you be available for a call at 11:30 tomorrow to discuss the draft I sent you Friday?

Thanks.

Tom

Thomas O. Bean
One Boston Place
Suite 1600
Boston, MA 02108
Office: (617) 309-2606
Bio: verrilldana.com/tbean<http://www.verrilldana.com/tbean>
<image001.jpg>

2

From: Marx, Daniel [mailto:DMarx@foleyhoag.com]
Sent: Friday, February 12, 2016 4:17 PM
To: Bean, Thomas; Van Lonkhuyzen, John
Cc: Meisinger, Jeremy
Subject: RE: Steward v. Southcoast Matter

Thanks, Tom. I will discuss this draft with Steward and get back to you on scheduling for next week. Have a good weekend. Dan

Daniel N. Marx | Partner

FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

617 832 1202 phone
617 832 7000 fax


www.foleyhoag.com<http://www.foleyhoag.com>

PPlease consider the environment before printing this email.



From: Bean, Thomas [mailto:tbean@verrilldana.com]
Sent: Friday, February 12, 2016 3:35 PM
To: Marx, Daniel; Van Lonkhuyzen, John
Cc: Meisinger, Jeremy
Subject: RE: Steward v. Southcoast Matter

Dan and Jeremy, attached FYR is a DRAFT Joint Discovery Plan. My client has not had the opportunity to review it. So, I reserve the right to make changes.

Is there a time next Wednesday when we can discuss?

Thanks. Have a good week-end.

Tom

Thomas O. Bean
One Boston Place
Suite 1600
Boston, MA 02108
Office: (617) 309-2606
Bio: verrilldana.com/tbean<http://www.verrilldana.com/tbean>

From: Marx, Daniel [mailto:DMarx@foleyhoag.com]
Sent: Thursday, February 11, 2016 1:42 PM
To: Bean, Thomas; Van Lonkhuyzen, John
Cc: Meisinger, Jeremy
Subject: Steward v. Southcoast Matter


Tom and John,

As we discussed yesterday, please find below some proposed language for addressing ESI and privilege issues in a possible discovery plan. My schedule for next week is still a bit uncertain, but I hope to have more clarity by the weekend. For timing purposes, we do not consider our discussion yesterday to have been our 26(f) conference, and on our next call, we can discuss what makes the most sense in terms of how to proceed in this case.

Regards,
Dan

Rule 26(f)(3)(C) Electronically Stored Information
The parties propose that all documents, except for Microsoft Excel, Project and Access files, shall be produced as black and white, Bates-stamped single-page TIFF images with accompanying document-level extracted text for electronically stored information ("ESI") or optical character recognition ("OCR") for scanned hard copy. The parties further propose that all Microsoft Excel, Project, and Access files shall be produced in their native formats. If native files are included in a production, a Bates-stamped TIFF placeholder page rather than a full TIFF image should be provided; however, a TIFF image must be provided for every document.
The parties also agree that all productions shall be accompanied by an Opticon (.opt) single-page image load/cross reference file.
Rule 26(f)(3)(D) Privilege/Confidentiality Issues
The parties propose that discovery shall proceed in accordance with a separately filed Proposed Protective Order, to be jointly submitted to the Court, which shall include a prohibition on using discovery materials for any purpose other than in this federal litigation and also a claw-back provision for inadvertently produced privileged information.

Daniel N. Marx | Partner

FOLEY HOAG LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

617 832 1202 phone
617 832 7000 fax


www.foleyhoag.com<http://www.foleyhoag.com>

PPlease consider the environment before printing this email.

4

Any tax advice included in this document and its attachments was not intended or written to be used, and it cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code.

This email message and any attachments are confidential and may be privileged. If you are not the intended recipient, please notify Foley Hoag LLP immediately -- by replying to this message or by sending an email to postmaster@foleyhoag.com<mailto:postmaster@foleyhoag.com> -- and destroy all copies of this message and any attachments without reading or disclosing their contents. Thank you.

For more information about Foley Hoag LLP, please visit us at
www.foleyhoag.com<http://www.foleyhoag.com>>.

This email and any attachment was sent from the law firm Verrill Dana, LLP. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible. Thank you.

This email and any attachment was sent from the law firm Verrill Dana, LLP. It may contain information that is privileged and confidential. If you suspect that you were not intended to receive it, please delete it and notify us as soon as possible. Thank you.