# United States Court of Appeals
## For the First Circuit

_____

No. 17-1566

STEWARD HEALTH CARE SYSTEM, LLC

Plaintiff - Appellant

v.

SOUTHCOAST HEALTH SYSTEM, INC.

Defendant - Appellee

_____

**JUDGMENT**

Entered: October 4, 2017
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of stipulation, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

/s/ Margaret Carter, Clerk


cc:
Kenneth S. Leonetti
Jeremy Wilson Meisinger
Thomas O. Bean
John W. Van Lonkhuyzen